NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3177


WILLIAM L. CAIN, SR.,

Petitioner,

v.

DEPARTMENT OF THE NAVY,

Respondent.


Peter J. Eide, Law Offices of Peter J. Eide, LLC, of Columbia, Maryland, argued for petitioner.

Kenneth D. Woodrow, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent.  With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Patricia M. McCarthy, Assistant Director.

Appealed from:  Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3177

WILLIAM L. CAIN, SR.,

Petitioner,

v.

DEPARTMENT OF THE NAVY,

Respondent.

# Judgment

ON APPEAL from the     Merit Systems Protection Board

In CASE NO(S).     DC0842070848-I-2.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (RADER, PLAGER, and PROST, Circuit Judges).

**AFFIRMED.** See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED <u>December 14, 2009</u>     <u>/s/ Jan Horbaly</u>_____
                            *Jan Horbaly, Clerk*